JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANTHONY AMIRIKHASS, | ) | Case No. CV 23-2088-FMO (MRWx) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| WALMART, INC., ET AL., | ) | |
| Defendants. | ) | |

**IT IS ADJUDGED** that the above-captioned case is **dismissed with prejudice**.

Dated this 16th day of February, 2024.

                                                  /s/  
                                         Fernando M. Olguin  
                                     United States District Judge